UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61911-KMM

LAKEISHA CURRY,

    Plaintiff,

vs.

JUSSI GROUP, LLC d/b/a BARYTONO CAFÉ,
a Florida Corporation, MES VENTURES, LLC
d/b/a CAFÉ UNITED, a Florida Corporation,
BAR & TONO, LLC, a Florida Corporation,
JOSE LLANOS, an Individual, and JANNS CASTRO,
an Individual,

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF FILING DEFENDANT, JOSE LLANOS' ANSWER**

Plaintiff, LAKEISHA CURRY, by and through her undersigned counsel, hereby files this Notice of Filing Defendant, Jose Llanos' Answer that was emailed to the undersigned on September 18, 2018 and not filed with the Court, attached hereto as Exhibit "A."

    Respectfully submitted,

    Law Offices of Levy & Levy, P.A.
    1000 Sawgrass Corporate Parkway, Suite 588
    Sunrise, Florida  33323
    Telephone: (954) 763-5722
    Facsimile: (954) 763-5723
    Email: chad@levylevylaw.com
    Service Email: assistant@levylevylaw.com
    *Counsel for Plaintiff*

    */s/ David M. Cozad*
    DAVID M. COZAD, ESQ.
    F.B.N.: 333920

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                        */s/ David M. Cozad*
                                        DAVID M. COZAD, ESQ.

**SERVICE LIST**

Jussi Group, LLC
d/b/a BarYtono Café
8315 N.W. 64th Street, Suite 1
Miami, Florida 33166
Attn: Jose F. Llanos, Registered Agent

Mes Ventures LLC d/b/a Cafe United
8315 N.W. 64th Street, Suite 1
Miami, Florida 33166
Attn: Jose F. Llanos, Registered Agent

Janns Castro
1637 Passion Vine Circle
Weston, Florida 33326

Jose F. Llanos

8315 N.W. 64th Street, Suite 1
Miami, Florida 33166