UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Lakeisha Curry,
    Plaintiff

v.                                              Civil Action No. 18-cv-61911-MOORE

JUSSI GROUP, LLC et al.
    Defendants.
_____/

ANSWER OF DEFENDANT JOSE F. LLANOS

Defendant, Jose F. Llanos, by and through his undersigned attorney, hereby answers the Complaint, paragraph by corresponding paragraph, as follows:

1. Admitted that Plaintiff was an employee of one or several of the corporate defendants. The balance of the allegations in this paragraph are denied.
2. Denied.
3. Denied.
4. Without knowledge.
5. Denied.
6. Denied.
7. Without knowledge.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied.

14. Denied.

15. Denied.

16. Denied.

## COUNT I
## FLSA OVERTIME- JUSSI GROUP, LLC dba BARYTONO CAFÉ

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

17. As this count is against Defendant Jussi Group, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

18. As this count is against Defendant Jussi Group, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

## COUNT II
## FLSA OVERTIME-MES VENTURES, LLC dba CAFÉ UNITED

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

19. As this count is against Defendant MES Ventures, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

20. As this count is against Defendant MES Ventures, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

## COUNT III
## FLSA OVERTIME- BAR & TONO, LLC

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

21. As this count is against Defendant Bar & Tono, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

22. As this count is against Defendant Bar & Tono, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

## COUNT IV
## FLSA- JOSE LLANOS

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

23. Denied.

24. Denied.

WHEREFORE, Defendant Jose F. Llanos, moves this Court for dismissal of this Count, and for an award of attorneys' fees, costs, expenses and any other relief this Court deems just and proper.

## COUNT V
## FLSA-JANNS CASTRO

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

25. As this count is against Defendant Janns Castro, Defendant Jose F. Llanos makes no assertion as to this allegation.

26. As this count is against Defendant Janns Castro, Defendant Jose F. Llanos makes no assertion as to this allegation.

## COUNT VI
## FLSA RETALIATION- JUSSI GROUP, LLC dba BARYTONO CAFÉ

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

27. As this count is against Defendant Jussi Group, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

28. As this count is against Defendant Jussi Group, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

29. As this count is against Defendant Jussi Group, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

## COUNT VII
## FLSA RETALIATION-MES VENTURES, LLC dba CAFÉ UNITED

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

30. As this count is against Defendant MES Ventures, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

31. As this count is against Defendant MES Ventures, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

32. As this count is against Defendant MES Ventures, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

## COUNT VIII
## FLSA RETALIATION-MES VENTURES, LLC[i] dba CAFÉ UNITED

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

33. As this count is against Defendant Bar & Tono, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

34. As this count is against Defendant Bar & Tono, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

35. As this count is against Defendant Bar & Tono, LLC, Defendant Jose F. Llanos makes no assertion as to this allegation.

## COUNT IX
## FLSA RETALIATION- JOSE LLANOS

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

36. Denied.

37. Denied.

38. Denied.

WHEREFORE, Defendant Jose F. Llanos, moves this Court for dismissal of this Count, and for an award of attorneys' fees, costs, expenses and any other relief this Court deems just and proper.

## COUNT X
## FLSA RETALIATION- JANNS CASTRO

Defendant asserts the answers to Paragraphs 1-16 as if contained herein.

39. As this count is against Defendant Janns Castro, Defendant Jose F. Llanos makes no assertion as to this allegation.

40. As this count is against Defendant Janns Castro, Defendant Jose F. Llanos makes no assertion as to this allegation.

41. As this count is against Defendant Janns Castro, Defendant Jose F. Llanos makes no assertion as to this allegation.

AFFIRMATIVE DEFENSES

1. To the extent Defendant Jose F. Llanos was responsible for payment to Plaintiff, Defendant asserts the affirmative defense of payment.

2. Defendant Jose F. Llanos asserts lack of privity between himself and Plaintiff.

Respectfully submitted on September 18, 2018.

>JUAN F. ALBAN, P.A.
>3625 NW 82 Avenue, Suite 405
>Miami, FL 33166
>305-632-7939
>juan@alban-law.com
>
>*Juan Alban*
>_____
>Juan F. Alban, FBN 109606

---

[i] Though the title of this count refers to MES Ventures, LLC, the allegations refer to Bar & Tono, LLC.